1

2

3                                                                                          JS-6

4

5

6

7                          UNITED STATES DISTRICT COURT

                            CENTRAL DISTRICT OF CALIFORNIA
8

9

10     AUSTBERTO M.,[1]                          Case No. CV 20-11144-KK

11                          Plaintiff,

12                   v.                           JUDGMENT

13     COMMISSIONER OF SOCIAL
       SECURITY ADMINISTRATION,
14
                            Defendant.
15

16

17          Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the

18     decision of the Commissioner of the Social Security Administration is REVERSED,

19     and this action is REMANDED for further administrative proceedings.

20

21      Dated: November 05, 2021

22                                               HONORABLE KENLY KIYA KATO
                                                 United States Magistrate Judge
23

24

25

26

27     _____
       [1]      Partially redacted in compliance with Federal Rule of Civil Procedure
28     5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and
       Case Management of the Judicial Conference of the United States.