Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Austberto Molina, Jr.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTBERTO MOLINA, JR., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. CV 20-11144-KK <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND EIGHT HUNDRED THIRTY-FIVE DOLLARS and EIGHTY-EIGHT CENTS ($3,835.88), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: November 29, 2021

_____
THE HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

1